

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2019

No. 04-19-00387-CV

**STATE OF TEXAS FOR THE PROTECTION OF R.F.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01450
Honorable Aaron Haas, Judge Presiding

# O R D E R

On September 4, 2019, the court reporter responsible for preparing the reporter's record in this appeal notified this court that appellant had failed to pay the fee for preparing the record. By order dated September 6, 2019, appellant was ordered to provide written proof to this court no later than September 16, 2019, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our order stated that if appellant failed to respond within the time provided, appellant's brief would be due on October 7, 2019, and the court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

Sandee Bryan Marion

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk